No. D–2579. IN RE DISCIPLINE OF CHIN. Arnold Chin, of San Francisco, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2580. IN RE DISCIPLINE OF HUNT. Craig Monard Hunt, of San Francisco, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2581. IN RE DISCIPLINE OF LERACH. William S. Lerach, of San Diego, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2582. IN RE DISCIPLINE OF CERVIZZI. Richard Glennan Cervizzi, of Scarborough, Me., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2583. IN RE DISCIPLINE OF REICH. Perry S. Reich, of Oakland Gardens, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2584. IN RE DISCIPLINE OF RYAN. Michael Wayne Ryan, Jr., of Bowie, Md., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2585. IN RE DISCIPLINE OF FORD. Stephen Edward Ford, of Algonquin, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.